IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02702-WYD-CBS

SHELLEY MYERS,

    Plaintiff,

v.

SILVERMAN LAW FIRM P.C.,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed May 11, 2009).  The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

Dated:  May 12, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge